```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE GEE,

                      **Plaintiff,**

    -against-

CYNTHIA BRANN,

                      **Defendant.**

20-CV-7503 (ALC)

ORDER OF SERVICE

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff, who is detained at the North Infirmary Command on Rikers Island, brings this *pro se* action alleging that officials are failing to take steps necessary to stop the spread of COVID-19.[1] By order dated October 6, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[2]

    The Clerk of Court is directed to notify the New York City Department of Correction (DOC) and the New York City Law Department of this order. The Court requests that DOC Commissioner Cynthia Brann waive service of summons.

    The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:   October 27, 2020
           New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

---

[1] Judge Stanton severed the claims of other detainees who signed the letter. (ECF No. 2.)

[2] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).