USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/28/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**ANTOINE GEE,**

                 **Plaintiff,**

     -against-

**JOHN/JANE DOE,**

                 **Defendant.**

------------------------------------------------------------------- x

**20-cv-07503 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letter requesting an extension. ECF No. 22. Plaintiff's request is DENIED without prejudice to refile if Plaintiff still feels he needs an extension once he reviews Defendant's motion to dismiss. Plaintiff's response is due on May 26, 2021.

Defendant is ORDERED to serve this order on Plaintiff and file proof of service by no later than April 30, 2021.

**SO ORDERED.**

**Dated:**     **April 28, 2021**
              **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**