# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**ANTOINE GEE,**

                  Plaintiff,                  20 **CIVIL** 7503 (ALC)

      -against-                          **JUDGMENT**

**JOHN/JANE DOE,**

                  Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2022, Defendant's motion to dismiss is **GRANTED**; accordingly, this case is closed.

**Dated:**  New York, New York
            January 13, 2022

                                                        **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                                        **BY:**
                                                            **Deputy Clerk**